**GRANTED**
Judge Maria-Elena James

DATED: 12/17/2013

The Court will call Counsel at the provided number. Counsel shall be available beginning at 10:00 a.m.

Michael B. Eisenberg, Esq. #178308
Tuvia Korobkin, Esq. #268066
EISENBERG & ASSOCIATES
3580 Wilshire Blvd, Suite 1260
Los Angeles, California 90010
Tel: (213) 201-9331
Fax: (213) 382-4083

Attorneys for Plaintiffs,
CHRISTINA DEMELO and ROSLYN MARSHALL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CHRISTINA DEMELO and ROSLYN MARSHALL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>NATIONAL OVARIAN CANCER COALITION, INC., a Texas corporation; INSPERITY PEO SERVICES, L.P., a Delaware limited partnership; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. C13-4684<br><br>**Plaintiffs' Request to Appear Telephonically at Case Management Conference** |

Plaintiffs, by and through their counsel of record, hereby make the following request:

1. This matter has a Case Management Conference ("CMC") set for January 9, 2014 at 10:00 a.m.

2. Plaintiffs' counsel is based in Los Angeles. Making the trip up to the Court for the CMC would require a significant amount of attorney time as well as significant out-of-pocket expense to cover travel costs.

///

1.

---

Plaintiffs' Request to Appear Telephonically at Case Management Conference

3.     As such, Plaintiffs respectfully request that Plaintiffs' counsel be allowed to appear telephonically at the CMC. Plaintiffs' counsel's phone number is (213) 201-9331.

DATED: December 11, 2013                  EISENBERG & ASSOCIATES

                                               By:_____/S/_____
                                                        Tuvia Korobkin
                                                        Attorneys for Plaintiffs