Michael B. Eisenberg, Esq. #178308
EISENBERG & ASSOCIATES
3580 Wilshire Blvd, Suite 1260
Los Angeles, California 90010
Tel: (213) 201-9331
Fax: (213) 382-4083

Attorneys for Plaintiffs,
CHRISTINA DEMELO and
ROSLYN MARSHALL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CHRISTINA DEMELO and ROSLYN MARSHALL,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL OVARIAN CANCER COALITION, INC., a Texas corporation; INSPERITY PEO SERVICES, L.P., a Delaware limited partnership; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C13-4684<br>*[Assigned to Hon. Maria-Elena James]*<br><br>**PLAINTIFFS' REQUEST TO BE EXCUSED FROM IN-PERSON MEET AND CONFER FOR DISCOVERY DISPUTES; ~~PROPOSED~~ ORDER** |

Plaintiffs, by and through her counsel of record, hereby requests the following:

1.   Plaintiffs' counsel is based in Los Angeles.

2.   Defendants' counsel's office(s) are in Oakland, California.

3.   The parties are set for mediation on July 17, 2014.

4.   It would be burdensome to force either counsel to travel to meet in person to meet and confer regarding discovery issues because it would require a

1.

---

Request to Be Excused From In-Person Meet and Confer for Discovery Disputes

significant amount of attorney time as well as significant out-of-pocket expense to cover travel costs.

5. Plaintiffs' counsel is willing and able to meet and confer by telephone and the matters to be discussed are relatively simple.

6. As such, Plaintiffs' counsel requests that they be excused from the requirement to meet and confer in person prior to seeking to compel further responses and instead be allowed to meet and confer by telephone.

7. Plaintiffs believe that good cause exists to waive this requirement because of the burden and expense of meeting in person because counsel for the parties work very far apart.

8. Plaintiff also believes good cause exists because Plaintiffs require supplemental discovery prior to the mediation date to make it more meaningful. Having to set up an in person meeting and force one party's counsel to travel would thwart the goal of acquiring timely supplements.

DATED: June 17, 2014                        EISENBERG & ASSOCIATES

                                            By: _____/s/_____
                                                Michael B. Eisenberg
                                                Attorney for Plaintiffs

## [Proposed] Order

**GOOD CAUSE HAVING BEEN SHOWN,** it is hereby ordered as follows:

The discovery standing order's requirement to meet and confer in person is excused in this case. Instead, the parties must meet and confer by telephone prior to seeking judicial intervention for any discovery disputes.

IT IS SO ORDERED.

Date: June 19, 2014

IT IS SO ORDERED
Judge Maria-Elena James

2.

Request to Be Excused From In-Person Meet and Confer for Discovery Disputes