# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| CHRISTINA DEMELO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL OVARIAN CANCER COALITION, et al., <br><br> Defendants. | No. C 13-4684 MEJ <br><br> **ORDER RE: ATTENDANCE AT MEDIATION** <br><br> Date: July 14, 2014 <br> Mediator: Linda McSweyn |

IT IS HEREBY ORDERED that the request to excuse defendant Insperity PEO Services, L.P.'s client representative from appearing in person at the July 14, 2014, mediation before Linda McSweyn is GRANTED. The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

June 25, 2014            By: _____
Dated                          Elizabeth D. Laporte
                                    United States Chief Magistrate Judge